**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**FRANCISCO DELAFLOR MORALES,
A# 022-799-687,**

    Petitioner,

vs.                                            Case No. 4:17cv522-RH/CAS

**JEFF SESSIONS, et al.,**

    Respondents.

_____/

## ORDER and REPORT AND RECOMMENDATION

Petitioner, proceeding pro se, initiated this case by submitting a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, ECF No. 1, on November 14, 2017. Petitioner is a native and citizen of Cuba who was taken into ICE custody in late June 2017. ECF No. 1 at 3, 4. He alleges that ICE has been unable to remove him to Cuba and states "that Cuba will deny any and all requests for travel documents, as there are currently no formal diplomatic relations between Cuba and the United States, nor is there any formal or informal agreement between the two countries

regarding repatriation." *Id.* at 5.  Petitioner seeks release from detention pursuant to Zadvydas v. Davis, 533 U.S. 678 (2001).

Service of the petition was directed, ECF No. 4, and on January 12, 2018, Respondents filed a motion to dismiss the petition as moot because Petitioner had been released under an order of supervision.  ECF No. 10.  Attached to the motion is an exhibit revealing that Petitioner was released from detention on December 18, 2017.  ECF No. 10-1.  Therefore, because Petitioner has been afforded the relief sought, release from detention, this § 2241 petition should now be dismissed as moot.

Additionally, the motion to dismiss contains a certificate of service which indicates the document was provided to Petitioner at his address of release, 219 NW 10th Avenue, Apt. #1, Miami, Florida 33128.  ECF No. 10 at 4; *see also* ECF No. 10-1 at 3.  The Clerk of Court shall forward this Report and Recommendation to Petitioner at that address.  If Petitioner disputes that this case is moot, he must immediately file "objections" and a notice of change of address.

**ORDER**

It is **ORDERED** that the Clerk of Court shall forward this Report and Recommendation to Petitioner at 219 NW 10th Avenue, Apt. #1, Miami, Florida 33128, and his address of record at the Wakulla County Jail.

## REPORT AND RECOMMENDATION

In light of Respondents' showing that Petitioner has been released, it is respectfully **RECOMMENDED** that the motion to dismiss, ECF No. 10, be **GRANTED**, and the § 2241 petition be **DISMISSED as moot** since Petitioner has been granted the relief sought in the petition.

**IN CHAMBERS** at Tallahassee, Florida, on January 16, 2018.

 S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations.  Fed. R. Civ. P. 72(b)(2).  A copy of the objections shall be served upon all other parties.  A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof.  Fed. R. Civ. P. 72(b)(2).  <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u>  If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**